**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kim Tang, | : |
|                 Plaintiff, <br> v. | : <br> : Civil Action No.: 4:12-cv-40056-FDS |
| Diversified Collection Services, Inc.; and DOES 1-10, inclusive, | : |
|                 Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 15, 2012

                                      Respectfully submitted,

                                      PLAINTIFF, Kim Tang

                                      /s/ Sergei Lemberg

                                      Sergei Lemberg, Esq.
                                      B.B.O. No.: 650671
                                      **LEMBERG & ASSOCIATES L.L.C.**
                                      1100 Summer Street, 3rd Floor
                                      Stamford, CT 06905
                                      Telephone: (203) 653-2250
                                      Facsimile:  (203) 653-3424
                                      slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg
                 Sergei Lemberg